**FILED**
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y

★ SEP 29 2010 ★

BROOKLYN OFFICE

Mr. Joseph P. Fafone
7495 La Paz Blvd., Unit 108
Boca Raton, FL 33433

September 16, 2010

Honorable Robert M. Levy
United States Magistrate Judge
U.S. Federal Courthouse
225 Cadman Plaza, East
Brooklyn, NY 11201

      RE: <u>US v. $69,516.40</u>, et al.
      <u>Civil Action No.  CV-10-0443(FB)(RML)</u>

Dear Judge Levy:

    I am a claimant in this case. On August 24, 2010 the prosecutor asked for and received a continuance of the *Monsanto* evidentiary hearing scheduled for August 25, 2010. This caused me and others great inconvenience since we had to cancel airline and hotel reservations at the last minute.

    The hearing is now scheduled for September 28, 2010 at 2:30 p.m. I do not agree to any further delay. My home was searched and property of mine was seized on October 21, 2009. I received a copy of the search warrant and affidavit recently, over ten months after the search.

                                                            Respectfully submitted,

                                                          Joseph P. Fafone
                                                          7495 La Paz Blvd., Unit 108
                                                          Boca Raton, FL 33433

cc: Tanya Hill, AUSA